```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 17952
    GLADYS EVETTE IRIZAREY
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-2649

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/06/2004 and was confirmed 07/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/15/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
AMERICAN GENERAL FINANCE  SECURED              3458.80        737.83       3458.80
AUSTIN BANK OF CHICAGO    SECURED             18093.00       5443.67      18093.00
MB FINANCIAL BANK         SECURED                32.64         19.87         32.64
TARGET/MARSHALL FIELDS    UNSEC W/INTER NOT FILED               .00            .00
AT &T                     UNSEC W/INTER NOT FILED               .00            .00
AUSTIN BANK OF CHICAGO    UNSEC W/INTER          599.02       108.20        599.02
AMERICAN GENERAL FINANCE  SECURED                384.66      1265.22        384.66
AMERICAN GENERAL FINANCE  UNSEC W/INTER             .14          .01           .14
RAFAEL MOLINARY           DEBTOR ATTY              .00                         .00
TOM VAUGHN                TRUSTEE                                          1,876.64
DEBTOR REFUND             REFUND                                               5.30

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  32,025.00

PRIORITY                                              .00
SECURED                                         21,969.10
    INTEREST                                     7,466.59
UNSECURED                                          599.16
    INTEREST                                       108.21
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                             1,876.64
DEBTOR REFUND                                        5.30
                         ---------------     ---------------
TOTALS                   32,025.00              32,025.00


              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 17952 GLADYS EVETTE IRIZAREY
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/10/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 17952 GLADYS EVETTE IRIZAREY